

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-22-00055-CV
_____

IN RE ESTATE OF CHARLES W. SINCLAIR, DECEASED

On Appeal from the 76th District Court
Titus County, Texas
Trial Court No. 39314

Before Morriss, C.J., Stevens and van Cleef, JJ.
Memorandum Opinion by Justice van Cleef

# MEMORANDUM OPINION

Danny Hightower filed a timely notice of appeal on July 29, 2022. The clerk's record was filed on August 19, 2022. Because Hightower failed to request and/or pay for the reporter's record, no reporter's record was filed. The original deadline for Hightower's appellate brief was October 7, 2022. When neither a brief nor a motion to extend time for filing same was received by October 17, 2022, this Court advised Hightower by letter that the brief was late. We also extended the deadline for filing the brief to November 1, 2022. We warned Hightower that the failure to file a brief by the November 1, 2022, deadline would subject this appeal to dismissal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Hightower has not filed his brief in compliance with this Court's deadline; consequently, the appeal is ripe for dismissal for want of prosecution. Pursuant to Rules 38.8 and 42.3 of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Charles van Cleef
Justice

Date Submitted:      November 21, 2022
Date Decided:      November 22, 2022